IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANA MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-11-547 |
| § | |
| KATY INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation, to which there were no timely-filed objections. The court concludes that the Memorandum and Recommendation should be adopted.

Accordingly, the Memorandum and Recommendation is **ADOPTED**.

**SIGNED** at Houston, Texas, this 28th day of December, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE