```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

| | |
|---|---|
| ANA MARTINEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. H-11-547 |
| | § |
| KATY INDEPENDENT SCHOOL | § |
| DISTRICT, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

In conformity with the Order Adopting Memorandum and Recommendation signed this date, it is **ADJUDGED** that Plaintiff take nothing from Defendant.

Defendant is awarded its taxable costs.

**SIGNED** at Houston, Texas, this 28th day of December, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE